Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Jacksonville Division

| | |
|---|---|
| JESUS MONTERO </br> *Plaintiff(s)* </br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) </br> -v- </br> JACKSONVILLE UNIVERSITY </br> *Defendant(s)* </br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 3:22-CV-559-MMH-LLL </br> *(to be filled in by the Clerk's Office)* </br></br> Jury Trial: *(check one)*  ☒ Yes  ☐ No </br></br> FILED </br> 5.19.2022 </br> CLERK, U.S. DISTRICT COURT </br> MIDDLE DISTRICT OF FLORIDA </br> JACKSONVILLE, FLORIDA |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jesus Montero |
| Street Address | 8343 Princeton Sq. Blvd. E., Suite 1513 |
| City and County | Jacksonville |
| State and Zip Code | FL 32256 |
| Telephone Number | (786) 287-0759 |
| E-mail Address | jesusmontero1@yahoo.com |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
   Name                              Jacksonville University
   Job or Title *(if known)*
   Street Address                    801 US Highway 1
   City and County                   North Palm Beach
   State and Zip Code                FL 34408
   Telephone Number                  (904) 256-8000
   E-mail Address *(if known)*       TCost@ju.edu

Defendant No. 2
   Name
   Job or Title *(if known)*
   Street Address
   City and County
   State and Zip Code
   Telephone Number
   E-mail Address *(if known)*

Defendant No. 3
   Name
   Job or Title *(if known)*
   Street Address
   City and County
   State and Zip Code
   Telephone Number
   E-mail Address *(if known)*

Defendant No. 4
   Name
   Job or Title *(if known)*
   Street Address
   City and County
   State and Zip Code
   Telephone Number

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S. Code § 2000d. Education and Title VI of the Civil Rights Act of 1964; 34 C.F.R. 104.33 Section 504 Rehabiliation Act of 1973; 42 U.S.C. §12131 Title II Americans with Disabilities Act of 1990

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)*
    _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    The defendant, *(name)* _____, is a citizen of
    the State of *(name)* _____. Or is a citizen of
    *(foreign nation)* _____.

  b.  If the defendant is a corporation
    The defendant, *(name)* Jacksonville University, is incorporated under
    the laws of the State of *(name)* Florida, and has its
    principal place of business in the State of *(name)* Florida.
    Or is incorporated under the laws of *(foreign nation)* _____,
    and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$100,000 in tuition and expenses reimbursement, together with $1,000,000 in compensatory and punitive damages related to Defendant's violations of Civil Rights Act of 1964; Rehabiliation Act of 1973; and the Americans with Disabilities Act, and any other relief this Honorable Court deems appropiate.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Defendant, Jacksonville University (a U.S. federal funding recipiant) as respondent superior to its employees and staff, violated the Education and Title VI of the Civil Rights Act of 1964; Section 504 of the Rehabiliation Act of 1973; and Title II of the Americans with Disabilities Act of 1990, when discriminating against the Plaintiff by refusing to confer a double Master's degree upon the Plaintiff, a Hispanic disabled American veteran. All other white and black students in Jacksonville University's 2020 Master's Flex Program have received their final grades and degrees; in over 2 years, the Plaintiff has not.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Damages in the amount $100,000.00 or an amount equal to all tuition and expenses paid by the Plaintiff in connection with classes and expenditures made by the Plaintiff to attend Jacksonville Univesity. Conferral of dual Master's Degrees in Public Policy and Business Administration by the Defendant upon the Plaintiff. A $1,000,000.00 award in compensatory and punitive damages for Jacksonville University's violations of anti-discrimantory Federal Acts, and any other relief this Honorable Court deems appropiate.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/19/2022

Signature of Plaintiff  
Printed Name of Plaintiff: Jesus Montero

### B. For Attorneys

Date of signing: 

Signature of Attorney  
Printed Name of Attorney  
Bar Number  
Name of Law Firm  
Street Address  
State and Zip Code  
Telephone Number  
E-mail Address